# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 16, 2016

MEMO TO COUNSEL RE:  Protect-A-Car Wash Systems, Inc. v. Car
Wash Partners, Inc., et al.
Civil No. JFM-16-534

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant John Lai's motion to dismiss for lack of personal jurisdiction. The motion (document 12) is denied. I am satisfied that the allegations are sufficient to establish personal jurisdiction over Mr. Lai and that the matters set forth in his declaration are not sufficient to defeat the allegations. Mr. Lai may, of course, file a jurisdictional motion upon the conclusion of discovery.

A conference call will be held on __June 30, 2016__ at __4:30__ p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge